**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Shirl Campbell and Larry Campbell,

Plaintiffs,

vs.

Wal-Mart Stores Inc.,

Defendant.

Court File No. 00-1749 ADM/AJB

**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**

---

The parties, through their respective undersigned counsel, hereby agree that the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness in this case may be extended to June 1, 2001, and request that the Court amend the Pretrial Scheduling Order to reflect the same.

**TAYLOR LAW FIRM, P.A.**

Dated: ____________

By [signature]
Richard A. Enga (License #2675X)
Attorneys for Plaintiffs
3032 Radisson Plaza VII
45 South Seventh Street
Minneapolis, MN 55402
(612) 339-4994

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 4/5/01

By [signature]
Andrew L. Marshall (License #176849)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

**WHEREAS** the parties have agreed to an extension of the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness, through June 1, 2001, it is hereby ordered that:

1. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be completed on or before June 1, 2001.

2. The Court's Pretrial Scheduling Order dated September 6, 2000, is hereby amended to reflect the same.

Dated: 4/24, 2001.

**BY THE COURT:**

Arthur J. Boylan
United States Magistrate Judge

279810.WPD