**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shirl Campbell and
Larry Campbell,

Plaintiffs,

v.

**ORDER**
Civil No. 00-1749 ADM/AJB

Wal-Mart Stores, Inc.,

Defendant.

---

Richard Enga, Esq., Taylor Law Firm, PA, Minneapolis, MN, appeared for and on behalf of Plaintiffs.

Andrew Marshall, Esq., Bassford, Lockhart, Truesdell & Briggs, PA, Minneapolis, MN, appeared for and on behalf of Defendant.

---

On September 5, 2001, the undersigned United States District Judge heard Defendant's Motion for Summary Judgment [Doc. No. 8]. Based upon the arguments of counsel, together with all of the files, records and proceedings, and for the reasons expressed at the conclusion of oral argument on the motion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [Doc. No. 8] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2001

SEP 0 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK