**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Shirl Campbell and Larry Campbell,

Plaintiffs,

vs.

Wal-Mart Stores Inc.,

Defendant.

Court File No. 00-1749ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 1/9/02

By ____________________
Andrew L. Marshall (License #176849)
Attorneys for Defendant Wal-Mart Stores, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

JAN 14 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 14 2002
DEPUTY CLERK ____________

**TAYLOR LAW FIRM, P. A.**

Dated: 12-27-01

By
Richard A. Enga (License #2675X)
Attorneys for Plaintiffs
3032 Radisson Plaza VII
45 South Seventh Street
Minneapolis, MN 55402
(612) 339-4994

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that, pursuant to the foregoing stipulation of the parties, judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**By the Court:**

Dated: 1-11-02

By:
Judge of the District Court
Ann D. Montgomery